UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-167 JMR/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JODY A. HINES,<br><br>Defendant,<br><br>WELLS FARGO BANK,<br><br>Garnishee. | ) | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about March 28, 2002.

Defendant has now paid the judgment by compromise. Accordingly,

IT IS HEREBY ORDERED, that the Writ of Garnishment served on or about March 28, 2002 is released.

Dated: 4/29/02

Raymond L. Erickson
Magistrate Judge
United States District Court

18

FILED APR 29 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK